No. 82–1110.  ROCKY MOUNTAIN MOTOR TARIFF BUREAU, INC., ET AL. v. CLIPPER EXXPRESS.  C. A. 9th Cir.

Motion of American Trucking Associations, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.